FILED & ENTERED

DEC 28 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>HOLLYWOOD MOTION PICTURE AND TELEVISION MUSEUM,<br><br>Debtor.<br><br>HOLLYWOOD MOTION PICTURE AND TELEVISION MUSEUM,<br><br>Plaintiff,<br><br>Vs.<br><br>GREGORY J. ORMAN,<br><br>Defendant. | Case No. 9:09-bk-12311-RR<br>Chapter 11<br>Adversary No. 9:09-ap-01209-RR<br><br>**ORDER DISMISSING ADVERSARY CASE**<br><br>Date:  December 3, 2009<br>Time:  11:00 a.m.<br>Place: 1415 State Street<br>       Room 201<br>       Santa Barbara, CA |

The hearing on Defendant, GREGORY J. ORMAN's Motion to Dismiss Adversary Case came on regularly in Room 201 in the above-entitled court on December 3, 2009, before the Honorable Robin Riblet. Appearances are as noted on the Court's record. The matter having been argued and submitted and good cause appearing therefore:

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, GREGORY J. ORMAN's Motion to Dismiss Adversary Case is granted and this adversary case is hereby dismissed without prejudice. |
| 4 | ### |
| 5 | ### |
| 6 | ### |
| 7 | ### |
| 8 | ### |
| 9 | ### |
| 10 | ### |
| 11 | ### |
| 12 | ### |
| 13 | ### |
| 14 | ### |
| 15 | ### |
| 16 | ### |
| 17 | ### |
| 18 | ### |
| 19 | ### |
| 20 | ### |

DATED: December 28, 2009

*Robin Riblet*
United States Bankruptcy Judge

| In re: Hollywood Motion Picture and Television Museum | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-12311-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Farmer & Ready, P.O. Box 1443, San Luis Obispo, CA 93406

A true and correct copy of the foregoing document described **ORDER DISMISSING ADVERSARY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December     , 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: NONE

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On December 10, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ALL SERVED BY U.S. MAIL

Debtor:
Hollywood Motion Picture and
Television Museum
4124 North Ryan Road
Creston, CA 93432

Eric C. Carter
5100 W. 95th Street, Suite 260
Prairie Village, KS 66207-3305

Gregory J Orman
26733 W. 109th Street
Olathe, KS 66061-7499

Honorable Robin Riblet
U.S. Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

MARK A. SHAIKEN
STINSON, MORRISON
1201 WALNUT ST, STE. 2900
KANSAS CITY, MO 64106

Office of the US Trustee
21051 Warner Center Ln #115
Woodland Hills, CA 93167

Peter Susi & Jon Gura
Michaelson, Susi & Michaelson
7 West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101

3

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 10, 2009 | Cacie Lunt | /s/ Cacie Lunt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                          **F 9013-3.1**

Case 9:09-ap-01209-RR   Doc 15   Filed 12/28/09   Entered 12/28/09 13:54:52   Desc
Main Document    Page 5 of 5

| In re: Hollywood Motion Picture and Television Museum | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-12311-RR |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER DISMISSING ADVERSARY CASE** entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 9, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- David Y Farmer - cacie@farmerandready.com,
- Mark A Shaiken - mshaiken@stinson.com
- Peter Susi - cheryl@msmlaw.com, peter@msmlaw.com
- United States Trustee (ND) - ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor:

| Hollywood Motion Picture and Television Museum 4124 North Ryan Road Creston, CA 93432 | Eric C. Carter 5100 W. 95th Street, Suite 260 Prairie Village, KS 66207-3305 | Gregory J Orman 26733 W. 109th Street Olathe, KS 66061-7499 |
|---|---|---|

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**